UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. MEDINA,<br><br>            Plaintiff,<br><br>   v.<br><br>SUPERIOR COURT OF CALIFORNIA, *et al*.,<br><br>            Defendants. | Case No. 1:20-cv-00636-JDP<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>FORTY-FIVE DAY DEADLINE |

Plaintiff Juan C. Medina is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  On May 11, 2020, the court ordered that plaintiff pay the filing fee or submit an application to proceed *in forma pauperis* within 45 days.  ECF No. 3.  Plaintiff has not done so.  The court therefore orders plaintiff to show cause within 45 days why this case should not be dismissed for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated:   July 9, 2020                          _____
                                                        UNITED STATES MAGISTRATE JUDGE

No. 205.

1